UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| RUBY WINTERS,<br><br>Plaintiff,<br><br>v.<br><br>CAROL WRIGHT GIFTS,<br><br>Defendant. | Case No.: 2:18-cv-00046<br><br>District Judge Rudy Lozano<br>Magistrate Judge John E. Martin |

## AGREED STIPULATION OF DISMISSAL WITH PREJUDICE

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, RUBY WINTERS and the Defendant, DR. LEONARD'S HEALTHCARE CORP. D/B/A CAROL WRIGHT GIFTS, through their respective counsel and pursuant to Federal of Civil Procedure 41, that the above-captioned case be dismissed with prejudice. Each party shall bear its own costs and attorney fees.

Dated: December 4, 2018               Respectfully Submitted,

RUBY WINTERS                          DR. LEONARD'S HEALTHCARE CORP.
                                      D/B/A CAROL WRIGHT GIFTS

*/s/ Omar T. Sulaiman*                */s/ Hilary F. Korman (with consent)*
Omar T. Sulaiman                      Hilary F. Korman
*Counsel for Plaintiff*               *Counsel for Defendant*
Sulaiman Law Group, LTD               Blank Rome LLP
2500 S. Highland Ave., Suite 200      405 Lexington Avenue
Lombard, Illinois 60148               New York, New York 10174
Phone: (630) 575-8181                 Phone: (212) 885-5118
osulaiman@sulaimanlaw.com             hkorman@blankrome.com

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*s/ Omar T. Sulaiman*
Omar T. Sulaiman